UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.:_____

|  |  |
|---|---|
| PETER SACHS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| STEPHEN N. SERIO and | ) |
| LOTUS MOTOR SPORTS, INC. | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### JURISDICTION

1.     This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq*.).

2.     This Court has jurisdiction under 17 U.S.C. § 101 *et seq*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.     Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a). Each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District. Personal jurisdiction in this District is proper because each Defendant, without consent or permission of the Plaintiff created unauthorized copies of a work for which the Plaintiff has exclusive rights. Defendants then displayed the unauthorized copy at their place of business to promote sales of automobiles.

1

PARTIES

4.      Louis Klemantaski (the "Author"), was a photographer.  He was a prolific

documenter of motor sports from 1936 until 1974, much of his most dramatic and aesthetic work

occurred in the post-war period.  These photos include one of a Ferrari 195S Barchetta of Luigi

Chinetti and Pierre-Louis Dreyfus being prepared for the 1950 race at Le Mans (the "Work").

5.      Peter Sachs ("Sachs") is a resident of Connecticut.  On May 3, 1989 he purchased

the Work, as well as numerous other photographs and photographic material from the Author

which he thereafter referred to as The Klemantaski Collection (the "Collection").  On the same

day the Author assigned his copyright in the Work, and all other works in the Collection to

Sachs.  (A copy of the Agreement for purchase of the Work and the Agreement assigning the

copyright are set forth hereafter as Exhibit "A").  Since the Purchase and Assignment in 1989,

Sachs has referred to the Collection as "The Klemantaski Collection" and has acquired additional

collections along with their copyrights.  Photographs from the Collection have been licensed for

publication in numerous periodicals and other publications and numerous prints of photographs

in the Collection have been sold to collectors.

6.      Stephen Serio is a resident of Massachusetts.  Lotus Motor Sports, Inc. is a

Massachusetts corporation.  According to the Secretary of the Commonwealth its principal office

is in Brighton, Massachusetts and it maintains a showroom for the sale of automobiles in

Waltham, Massachusetts.  Stephen Serio is the Corporation's Registered Agent, President,

Treasurer, Secretary and Sole Director.

THE WORK

7.      The Work has appeared in five books.  Three of these were published in Europe in

1991 and 1998.  Two of these books were published by The Klemantaski Collection, one "The

Eye of Klemantaski" was edited by Sachs and published by the Collection in 1993. There was a second printing in 2008. "The Eye of Klemantaski" and all publications include a copyright notice. (A copy of the Copyright Notice from "The Eye of Klemantaski" is annexed hereto as Exhibit "B".) One of the European publications in which the Work appeared was "Klemantaski Himself" published by Palawan Limited in 1998.

8.     Serio purchased "The Eye of Klemantaski" from the Collection on October 14, 1993. Serio purchased "Klemantaski Himself" from the Collection on August 15, 1998. (Copies of invoices and correspondence regarding the purchases are annexed hereto as Exhibit "C".)

## THE INFRINGEMENT

9.     In early October 2008 Sachs learned that an unauthorized version of the Work was being displayed at the Lotus Motors, Inc. dealership. The Work also appears in the background of images of the dealership being published by the Defendants on their website.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

10.     The Plaintiff is responsible for the development, production and distribution of the Work.

11.     At all relevant times the Plaintiff has been the holder of the pertinent exclusive rights infringed by Defendants, as alleged hereunder, for the Work. The Work is the subject of a valuable assignment of the Author's rights, including copyright in the Work.

12.     The Work was published in books owned by the Defendant which contain copyright notices advising the Defendant that the Work is protected by the copyright laws of the United States.

13.    The Plaintiff was informed and believes that each Defendant, without the permission or consent of the Plaintiff, has used and continues to use, the Work. In doing so, each Defendant has violated the Plaintiff's exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of the Plaintiff's exclusive rights protected under the Copyright Act of 1976 (17 U.S.C § 101 *et seq*).

14.    The foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of the Plaintiff.

15.    As a result of each Defendant's infringement of the Plaintiffs' exclusive rights under copyright, the Plaintiff is entitled to relief pursuant to 17 U.S.C. § 504, and to his attorneys' fees and costs pursuant to 17 U.S.C. § 505.

16.    The conduct of each Defendant is causing and will continue to cause the Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. The Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, the Plaintiff is entitled to relief from each Defendant for infringing the Plaintiffs' copyrights and ordering that each Defendant destroy all copies of the Work made in violation of the Plaintiffs' copyrights.

WHEREFORE, the Plaintiffs pray for judgment against each Defendant as follows:

1.    For entry permanent injunctions providing that Defendants shall be enjoined from directly or indirectly infringing the Plaintiff's rights in the Work or any other image that is owned or controlled by the Plaintiff ("the Plaintiff's Pictures"), including without limitation by reproducing or copying the Plaintiff's Work to distribute any of the Plaintiff's Pictures, or to make any of the Plaintiff's Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of

4

the Plaintiff.  Defendant shall also destroy all copies of the Plaintiff's

Pictures that Defendant has reproduced by any means or downloaded onto

any computer hard drive or server without the Plaintiff's authorization and

shall destroy all copies of the Work in Defendant's possession, custody or

control.

2.      For actual or statutory damages to pursuant to 17 U.S.C. § 504, at the

        election of the Plaintiff.

3.      For the Plaintiff's costs.

4.      For the Plaintiff's statutory attorneys' fees.

5.      For such other and further relief as the Court deems proper.


                        Respectfully submitted,
                        The Plaintiff,
                        By his attorneys,


                        ZALCMAN & LEWIS


                        By _____
                        Lawrence C. Zalcman, Esq.
                        ZALCMAN & LEWIS
                        77 Franklin Street
                        Boston, MA 02110
                        617-723-2525
                        BBO#

A

Dated_____3 May_____1989


(1) LOUIS KLEMANTASKI


-and-


(2) PETER SACHS


_____

ASSIGNMENT

_____

THIS ASSIGNMENT is made the *3rd* day of *May* 1989

BETWEEN

(1) LOUIS KLEMANTASKI of The Old School House Combe Hay Bath Avon England (hereinafter called "the Assignor") of the one part and

(2) PETER SACHS of 443 Webbs Hill Road Stamford Connecticut 06903 U.S.A. (hereinafter called "the Assignee") of the other part

WHEREAS the Assignor is the Author of the photographic material described in the Schedule hereto ("the Photographs") and the owner of such copyright as may exist therein and the Assignee has agreed to purchase such copyright and all rights relating thereto for the consideration hereinafter appearing

NOW THIS DEED WITNESSETH as follows:

1.   In consideration of the sum of £125,000 (one hundred and twenty five thousand pounds sterling) (inclusive of any value added tax which may be payable), the receipt of which is hereby acknowledged, the Assignor as beneficial owner HEREBY ASSIGNS unto the Assignee ALL such copyright as exists in the Photographs wheresoever the said copyright shall subsist for such residue of the term of copyright as is subsisting therein together with the right to sue for any past infringements TO HOLD unto the Assignee absolutely.

2.   The Assignor warrants:

     (a)  that the Photographs are his own original work or the original work of staff employed by him under a contract of service in the course of their employment and that he is the owner of any copyright as may exist in the Photographs;

     (b)  that the exercise by the Assignee of the rights assigned to him will not infringe the rights of any third party;

G23MS 251                      - 1 -

(c) that he has not granted by licence or otherwise or assigned any
rights of any nature in the Photographs including without
limitation any copyright therein to any third party whatseover
in any part of the world and will not carry out any such act
after the date hereof.

G23MS 251                          - 2 -

IN WITNESS whereof the parties hereunto have set their hands and seals the day and year first above written

SIGNED SEALED and DELIVERED )
by the said LOUIS KLEMANTASKI )
in the presence of: )

*Louis Klemantaski*
*...The Old Byre,*
*Combe Hay.*
*BATH.*

SIGNED SEALED and DELIVERED )
by the said PETER SACHS in )
the presence of )

*Deborah Carter*

G23MS 251                    - 4 -

Dated    *3   May*    1989


(1)   LOUIS KLEMANTASKI

- and -

(2)   PETER SACHS



A G R E E M E N T

THIS AGREEMENT is made the _3rd_ day of _May_ 1989

BETWEEN

(1) LOUIS KLEMANTASKI of The Old School House Combe Hay Bath Avon England (hereinafter called "the Vendor") of the one part and

(2) PETER SACHS of 443 Webbs Hill Road Stamford Connecticut 06903 U.S.A. (hereinafter called "the Purchaser") of the other part

WHEREAS:

This Agreement concerns a collection of photographic and other materials hereinafter referred to as "the Collection". The Collection comprises the photographs, negatives, contact prints and transparencies listed in the Schedule to the form of Assignment annexed hereto and the Vendor's collection of race programmes. The parties hereto have agreed on the sale and transfer to the Purchaser of the Collection and the assignment to the Purchaser of such copyright as exists in the materials listed in the Schedule to the form of Assignment.

NOW IT IS HEREBY AGREED as follows:

1.  The Vendor shall sell and the Purchaser shall purchase for the sum of £125,000 (one hundred and twenty five thousand pounds sterling) (inclusive of any value added tax which may be payable) the Collection and all rights relating to it. The parties acknowledge that the Collection is sold for export from the United Kingdom. The Purchaser shall make all reasonable efforts to assist the Vendor to obtain exemption from value added tax or to enable the transaction to be zero-rated.

2.  The Vendor sells as beneficial owner.

3.  Completion shall take place on 24 April 1989 (hereinafter called "the Completion Date") when the Vendor shall execute and deliver to the Purchaser a Deed of Assignment in respect of any existing copyright in the Collection in the form attached hereto.

G23MS 251                          - 1 -

4.  On the Completion Date the Vendor shall deliver the Collection for immediate export to Rapid Movements Limited, 5 Skyport Drive, Harmondsworth, West Drayton, Middlesex as shipping agent for the Purchaser. The Purchaser shall reimburse the Vendor the cost of packaging and delivery in accordance with the Purchaser's instructions and shall be responsible for insuring the Collection as from the Completion Date.

5.  The Vendor HEREBY WARRANTS that there are no outstanding liabilities or rights in respect of the Collection other than certain duplicate prints and duplicate transparencies now in the possession of the third parties with a view to publication and the Vendor hereby agrees (a) to indemnify the Purchaser against any claim which may be made against him in respect of any such liability or right; and (b) to pay to the Purchaser any reproduction fees that he is able to recover in respect of the duplicate prints and transparencies in the possession of third parties.

6.  The Vendor HEREBY FURTHER WARRANTS that, (save as disclosed):

    (a) he has not prior to the date hereof assigned, licensed or charged or agreed to assign, license or charge the Collection or any rights relating thereto, including without limitation the copyrights therein;

    (b) he is not under any agreement with or other obligation to any person whereby he is obliged to confer upon such person any rights in the Collection or any rights relating thereto, including without limitation the copyrights therein;

7.  The Vendor agrees that he will use his reasonable efforts:

    (a) to co-operate with the Purchaser in the publication of any part of the Collection and shall assist in the preparation and editing of any book in which any part of the Collection is to be published, provided that he shall not be required to devote more than 14 days in any one year to such co-operation;

G23MS 251                         - 2 -

(b)  to provide the Purchaser with background information on the Collection and on himself for inclusion in any publication of any part of the Collection;

(c)  to write a foreword which is reasonably satisfactory to the Purchaser for inclusion in any published version of any part of the Collection; (the copyright in such foreword shall vest in the Purchaser);

8.  The Vendor further agrees that he will devote such time and attention as he shall in his absolute discretion consider necessary in order:

(a)  to personally sign a reasonable number of copies of any published version of any part of the Collection;

(b)  to personally sign a reasonable number of prints of any of the photographs, negatives or transparencies in the Collection;

(c)  at the request and expense of the Purchaser, to attend press conferences and other meetings relating to the Collection, in the United Kingdom or abroad.

9.  The Vendor agrees that he will not sell or distribute any part of the Collection or any materials derived from the Collection, including but not limited to photographic prints and reproductions, nor assign or license the copyright in any part of the Collection.

10.  This Agreement shall be binding on the Purchaser and Vendor and their respective successors, heirs and assigns.

11.  Either party may assign the benefit of this Agreement without the consent of the other party.

G23MS 251                              - 3 -

12. This Agreement constitutes the entire agreement between the parties with respect to the subject matter and supersedes all prior written or oral representations or agreements between the parties with respect to the subject matter.

13. This Agreement shall be governed by English law.

IN WITNESS whereof these presents have been entered into the day and year first above written.


Signed by the said LOUIS KLEMANTASKI   )
in the presence of                     )


Signed by the said PETER SACHS         )
in the presence of                     )

G23MS 251                          - 4 -

## 1949 (continued.)

| NEGATIVE NUMBER. | PLACE. | OLD No. | |
|---|---|---|---|
| Px 49R7 | Goodwood | R19 | 204 |
| Pn 49R8 | International Trophy Silverstone | R20 | 360 |
| | | | 238 |
| Pn 49R9 | Blandford Road Race | R21 | 180 |
| Pn 49R10 | S.U.N.B.A.C. Silverstone 17.7 | R22 | 276 |
| Pn 49R11 | Goodwood 17th Sept | R23 | 192 |
| Pn 49R12 | "   18th Apr. | R24 | |
| 49R13 | Veteran C.C. Rally | KT9 | 36 |
| 49R14 | ----- | | 126 |
| Pn 49R15 | Luton Hoo Speed Trials | ST11 | 150 |
| Pn 49R16 | Shelsley   11th June | S6 | 48 |
| Pn 49R17 | "   24th Sept | S7 | 5A |
| Pn 49R18 | Bentley D.C. Firle | ST9 | 234 |
| Pn 49R19 | Brighton Speed Trials | ST8 | 150 |
| Pn 49R20 | Blandford Hill Climb | ST7 | 148 |
| Pn 49R21 | V.S.C.C. Speed Trials, Silverstone | ST6 | 102 |
| Pn 49R22 | Weston-s-Mare Speed Trials | ST10 | 186 |
| Pn 49R23 | Eastbourne Rally | KT7 | 144 |
| Pn 49R24 | Prescott | | |
| Pn 49R25 | V.S.C.C. Prescott | | 36 |

### 1950.

| | | | |
|---|---|---|---|
| Pn 50C1 | Le Mans | C15 | 564 |
| 50C2 | Zandvoort | C16 | 192 |
| Pn 50C3 | Geneva, G.P. des Nations | C17 | 266 |
| Pn 50C4 | Nurburgring | C18 | 106 |
| 50C5 | Spanish G.P. Barcelona | C19 | 168 |
| Pn 50C6 | XX Monte Carlo Rally | KT8 | |

**B**

["The Eye of Klemantaski" – First Printing]

*The Klemantaski Collection*

65 High Ridge Road

Suite 219

Stamford, CT 06905 U.S.A.

Telephone & Fax: (203) 968-2970

© 1993 All rights reserved. No part of this catalog may be reproduced without the prior written permission of The Klemantaski Collection.

Designed by Quener Design

**["The Eye of Klemantaski" – Second Printing]**

*The Klemantaski Collection*

PMB 219
65 High Ridge Road
Stamford, CT 06905-3814,
U.S.A.

Telephone: (203) 461-9804
Fax: (203) 968-2970
Email: info@klemcoll.com
Website: www.klemcoll.com

© 2008, The Klemantaski Collection
All rights reserved. No part of this
book may be reproduced without
the prior written permission of
The Klemantaski Collection.

Second Edition

Designed by Querrer Design

C

# The Klemantaski Collection
## 65 High Ridge Road - Suite 219
## Stamford, CT 06905 U.S.A.
### TEL & FAX: (203) 968-2970

**Date:**      October 14, 1993

**Invoice:**   **Mr. Stephen Serio**
              **Lotus Motorsports**
              **441 Stuart Street**

              **Boston, MA 02116**
**Ship To:**   same


One copy of *The Eye of Klemantaski*              $ 15.00

Shipping                                             1.50

TOTAL                                             $ 16.50


**Paid in full. Thank you.**

## TELECOPY TRANSMITTAL MESSAGE

**TO:**     **Steve Serio**

**FROM:**   **THE KLEMANTASKI COLLECTION**
        **Stamford, CT USA**
        **FAX: (203) 968-2970**

**DATE:**    **September 2, 1996**

**Number of pages including this page:  1**

**If you do not receive all the pages, or if you cannot get through,
please leave a message at (203) 968-2970**

\*     \*     \*

## The Klemantaski Collection
### 65 High Ridge Road - Suite 219
### Stamford, CT 06905 U.S.A.
### TEL & FAX: (203) 968-2970

Dear Mr. Serio,

Thank you for your fax. Yes, we do have copies of  *The Eye of Klemantaski* at $17 each, including postage.

Current prices for prints are $50 (8x10), $100 (11x14) and $200 (16x20). Signed prints and larger sizes are additional. Shipping is included for 8x10 prints and is additional for the larger sizes. The above prices do not include any reproduction rights.

Within the next two weeks you will receive an announcement of a new archive we have purchased along with a special promotion for prints from this new archive which would allow purchases of *Salute to Ferrari,* combined with *The Eye of Klemantaski,* for 50% off.

Sincerely.

THE KLEMANTASKI COLLECTION

*PS*

Peter G. Sachs

*Motor Racing Photographs by Louis Klemantaski & Nigel Snowdon*

**The Klemantaski Collection**
65 High Ridge Road - Suite 219
Stamford, CT 06905 U.S.A.
TEL & FAX: (203) 968-2970
E-mail: KlemColl@aol.com



KLEMANTASKI

M O T O R S P O R T S

P H O T O G R A P H S

**TO:**     Mr. Steve Serio

**DATE:**     July 1, 1998

**Number of pages including this page:   1**

### If you do not receive all the pages, or if you cannot get through, please leave a message at (203) 968-2970.

Dear Mr. Serio,

Your order of the Portfolio edition of Klemantaski Himself has been delayed. We initially were promised delivery at the end of June (for delivery to you before the end of July).

We have now been informed that we will not receive delivery until the first week of August, which means that you will receive your order around August 15th. If you are in the U.K. or elsewhere in the EC, you will receive your book a few days earlier.

This delay is caused by the need to hand-assemble each portfolio. If there is any further delay, we will let you know.

You need not do anything at this time. We apologize for the delay, but we are certain that you will find the extra wait worthwhile in the end.

Sincerely,

THE KLEMANTASKI COLLECTION

*PS*

Peter G. Sachs

# The Klemantaski Collection
### 65 High Ridge Road - Suite 219
### Stamford, CT 06905 U.S.A.
### TELEPHONE & FAX: (203) 968-2970

**Date:**       **August 15, 1998**

**Invoice:**    **Mr. Stephen Serio**
               **Lotus Motorsports, Inc.**
               **449 Western Ave.**
               **Brighton, MA 02135**

**Ship To:**    **same**

One copy of the Portfolio Edition of *Klemantaski Himself*

$ 828.25

Shipping                                                    82.82

Total                                                    $ 911.07

**Paid in full. Thank you.**

# The Klemantaski Collection
**PMB 219 – 65 High Ridge Road**
**Stamford, CT 06905-3814 U.S.A.**
**TELEPHONE & FAX: (203) 968-2970**

**Date:**   November 5, 2000

**Invoice:**   Mr. Stephen N. Serio
449 Western Avenue
Brighton, MA 02135

**Ship To:**   same

| | |
|---|---|
| One copy of the limited, signed and leather-bound edition of *Klemantaski & Aston Martin* | $ 250.00 |
| Shipping, packing & insurance | 20.00 |
| Total | $ 270.00 |

**Paid in full. Thank you!**